UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMIE LEE BAKER, III, | ) | CASE NO. CV 16-9043-PSG (PJW) |
| Petitioner, | ) ) ) | DISMISSING SECOND AND/OR SUCCESSIVE HABEAS CORPUS PETITION |
| v. | ) ) | AND DENYING CERTIFICATE OF APPEALABILITY |
| BAUGHMAN, WARDEN, | ) ) | |
| Respondent. | ) | |

Before the Court is Petitioner's second attempt to challenge his 2007 state convictions for attempted murder and attempted carjacking and resultant 58-years-to-life sentence. His first petition was denied on the merits in January 2013. (*Baker v. Virga*, CV 11-6342-PSG (PJW), January 8, 2013 Order.) Petitioner did not appeal that decision.

The instant petition is second and/or successive and is subject to dismissal on that ground. *See* 28 U.S.C. § 2244. Absent an order from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244 (b)(3)(A); *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authoriza-

tion from the circuit court). For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: January 3, 2017

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\LA16CV9043- Ord dismissing Pet.wpd