JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMIE LEE BAKER, III, | ) | CASE NO. CV 16-9043-PSG (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| BAUGHMAN, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED January 3, 2017.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\LA16CV9043Judgment.wpd